IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRELL PARKS,**<br>          **Plaintiff**<br>     v.<br>**FRANCIS FASCIANA,** *et al.*,<br>          **Defendants** | Civil No. 1:13-cv-1791<br><br>Judge Rambo<br><br>Magistrate Judge Schwab |

## O R D E R

And now, this 18th day of November, 2015, **IT IS HEREBY**

**ORDERED** as follows:

1) The report and recommendation of the magistrate judge (Doc. 45) is adopted;

2) Defendants' motion for summary judgment (Doc. 14) is **GRANTED** and the clerk of court shall entered judgment for Defendants;

3) The clerk of court is directed to **CLOSE** this case; and

4) Any appeal from this order is deemed frivolous and not taken in good faith.

   s/Sylvia H. Rambo
   SYLVIA H. RAMBO
   United States District Judge

Dated: November 18, 2015